IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA WHITE-WILSON | : |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| UNUM LIFE INSURANCE | : |
| COMPANY OF AMERICA | : |
|     Defendant | :    NO.: 21-cv-3076 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant, UNUM Life Insurance Company of America.

Date: September 23, 2021

                                                      RESPECTFULLY SUBMITTED,

                                                      S/ *Michael J. Parker*
                                                      Michael J. Parker, Esquire
                                                      PA Bar No.: 93024
                                                      Counsel for the Plaintiff, Carol Lester

                                                      Pond Lehocky LLP
                                                      One Commerce Square
                                                      2005 Market Street
                                                      Philadelphia, PA 19103
                                                      (800) 773-1300

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system, which sent notice of such filing to all parties.

RESPECTFULLY SUBMITTED,

S/ *Michael J. Parker*
Michael J. Parker, Esquire